# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | ROBERT L & CATHY L SIETSEMA | | |
| **Case Number:** | 2:09-BK-20034-CGC | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 01:30 PM | | 6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 1529 W. LOMA LN., PHOENIX, AZ 85021 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF C/O MARK S. BOSCO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CITIMORTGAGE, INC.

**R / M #:** 13 / 0

## Appearances:

ADAM HOFF, CRISTINA PEREZ, ATTORNEY FOR CATHY L SIETSEMA, ROBERT L SIETSEMA
LEONARD MCDONALD, ATTORNEY FOR CITIMORTGAGE

## Proceedings:

Mr. McDonald advises there is no equity in the house and he does not know if a sale is pending.

Mr. Hoff requests a 30 day continuance to allow debtors an opportunity to work out a loan modification.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO DECEMBER 3, 2009 AT 1:30 P.M.